469 A.2d 278

Commonwealth v. Phillips, Appellant.

Petition for Allowance of Appeal
Denied March 2, 1984.

Argued October 26, 1983.
Carl Michael Moses, for appellant; Samuel J. Orr, IV,
District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, JOHNSON and MONTGOMERY,
JJ.

Judgment of sentence affirmed.

469 A.2d 278

Commonwealth v. Presley, Appellant.

October 3, 1983. Norris E. Gelman, for appellant; Jane
Cutler Greenspan, Assistant District Attorney, for Com-
monwealth, appellee.

Before SPAETH, President Judge, and HESTER and
LIPEZ, JJ.

Judgment of sentence affirmed.